# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CHEYENNE SMITH**                                                             **PETITIONER**

**VS.**                                                              **CIVIL ACTION NO. 4:05CV165LS**

**JOHNNY CROCKETT and JIM HOOD**                            **RESPONDENTS**

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about July 14, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 4th day of August, 2006.

                                                         /s/ Tom S. Lee
                                                         UNITED STATES DISTRICT COURT